**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32504-ERW |
| | § | |
| JAMES G. LANDA ENTERPRISES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at  on 01/22/2013, in Courtroom 744, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____   By:  /s/ Gus A. Paloian
                                          (Trustee)

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32504-ERW |
| | § | |
| JAMES G. LANDA ENTERPRISES, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $22,505.38
*and approved disbursements of* $49.57
*leaving a balance on hand of[1]:* $22,455.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Bank of America | $131,391.20 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $22,455.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $3,000.54 | $0.00 | $3,000.54 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $8,054.00 | $0.00 | $8,054.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $490.41 | $0.00 | $490.41 |

Total to be paid for chapter 7 administrative expenses: $11,544.95
Remaining balance: $10,910.86

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $10,910.86 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,307.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---:|---|---:|---:|---:|
| 10 | Judy Robbins | $441.59 | $0.00 | $441.59 |
| 13 | Denise Stern | $2,425.00 | $0.00 | $2,425.00 |
| 15 | Illinois Department of Employment Security | $71.92 | $0.00 | $71.92 |
| 15a | Illinois Department of Employment Security | $52.45 | $0.00 | $52.45 |
| 16 | Illinois Department of Revenue Bankruptcy Section | $4,764.65 | $0.00 | $4,764.65 |
| 16a | Illinois Department of Revenue Bankruptcy Section | $1,551.78 | $0.00 | $1,551.78 |

|  | |
|---|---|
| Total to be paid to priority claims: | $9,307.39 |
| Remaining balance: | $1,603.47 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $170,114.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|

|  |  |  |  |  |
|---|---|---|---|---|
| 1 | ComEd/ComEdCo | $1,221.80 | $0.00 | $11.52 |
| 2 | Bank of America | $131,391.20 | $0.00 | $1,238.47 |
| 3 | Century Bathworks Inc | $4,898.13 | $0.00 | $46.17 |
| 5 | Jason International | $4,864.43 | $0.00 | $45.85 |
| 6 | McCallum Envelope and Printing | $186.91 | $0.00 | $1.76 |
| 7 | Bains Ultra Baths Inc. | $5,143.41 | $0.00 | $48.48 |
| 8 | BNC Financial | $165.00 | $0.00 | $1.56 |
| 9 | Century Bathworks Inc | $4,898.13 | $0.00 | $46.17 |
| 11 | Mimi White | $1,445.40 | $0.00 | $13.62 |
| 12 | Robern | $4,637.37 | $0.00 | $43.71 |
| 13a | Denise Stern | $11,263.11 | $0.00 | $106.16 |

Total to be paid to timely general unsecured claims:   $1,603.47
Remaining balance:   $0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois

In re:                                                                      Case No. 08-32504-ERW
James G. Landa Enterprises. LLC                                             Chapter 7
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0752-1           User: esullivan               Page 1 of 3                   Date Rcvd: Dec 20, 2012
                               Form ID: pdf006               Total Noticed: 62


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2012.
db           +James G. Landa Enterprises. LLC,    2308 Main Street,    Evanston, IL 60202-1546
12938390     +AD Notam,    787 7th Ave, Ste 932,    New York, NY 10019-6018
12938392     +American Faucets and Coatings,    1260 Liberty Way,    Vista, CA 92081-8320
12938393     +Aquabrass,    5553 ANGLERS AVE, STE 116,    Fort Lauderdale, FL 33312-6655
12938394     +Arlene Posner,    1221 HINMAN,    Evanston, IL 60202-1312
12938398      BNC Financial,    108 N 4th St,    Bismarck, ND 58501-4001
12938395      Bains Ultra Baths Inc.,    956 CHEMIN OLIVIER,    Saint-Nicolas, Quebec  G7A 2N1
12938396     +Bank of America,    NC1-001-13-01,    Attn: Alexis Lewis,    101 N Tryon St,
               Charlotte NC 28246-0100
12938397     +Banner Plumbing Supply,    1020 E LAKE COOK RD,    Buffalo Grove, IL 60089-1890
12938402     +CITy of Evanston Water Dept.,    P O BOX 4007,    Carol Stream, IL 60197-4007
13504858     +Century Bathworks Inc,    250 Lackawanna Avenue,    West Paterson, NJ 07424-2962
12938399     +Century Shower Door Inc.,    250 LACKAWANNA AVENUE,    Little Falls, NJ 07424-2962
12938403     +Clearwater America,    36 NETTLETON AVE,    North Haven, CT 06473-3619
12938404     +Colonial Bronze,    P.O. BOX 207,    Torrington, CT 06790-0207
12938406     +Coyote Glass Design,    P O BOX 790,    Salado, TX 76571-0790
12938407     +Dan Miner,    5243 N Winthrop Ave,    Unit 1N,    Chicago IL 60640-2315
12938409     +Defrees & Fiske,    200 South Michigan,    Suite 1100,    Chicago, IL 60604-2480
12938410     +Denise Stern,    1301 N. DEARBORN,    Chicago, IL 60610-6027
12938411     +Federal Express,    4103 COLLECTION CENTER DRIVE,    Chicago, IL 60693-0041
12938412     +Furniture Guild,    P O BOX 1647,    Canton, GA 30169-1647
12938413     +Georgia Gebhardt,    411 THIRD STREET,    Wilmette, IL 60091-2869
12938414     +German Silver Sink Co,    2981 REDBUD CT,    Grand Junction, CO 81504-5863
15201603     +Illinois Department of Employment Security,    33 South State Street,
               Chicago, Illinois 60603-2808,    Attn: Bankruptcy Unit - 10th flr.
12938415      Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12938416     +Illinois Secretary of State,    213 State Capitol,    Springfield, IL 62756-0001
12938418     +Jason International,    8328 MacARTHUR DR.,    North Little Roc, AR 72118-2199
12938419     +Joyce Niederman,    3910 WHITE CLOUD DR,    Skokie, IL 60076-1730
12938420     +Judy Robbins,    931 HUCKLEBERRY LANE,,    Glenview, IL 60025-2301
12938421     +Justyna,    1432 W 21ST ST,    Chicago, IL 60608-3025
12938423     +KWC,    1770 CORPORATE DRIVE  #580,    Norcross, GA 30093-2945
12938422     +Kathering Porter,    1040 SUNSET ROAD,    Winnetka, IL 60093-3625
12938424     +LaSalle Bank National Associat,    135 South LaSalle Street,    Chicago, IL 60603-4177
12938425     +Linda Janush,    8400 CALLIE AVE, unit 501,    Morton Grove, IL 60053-5003
12938427     +Liz Spevok,    197 OXFORD ROAD,    Kenilworth, IL 60043-1265
12938428     +Mary Dumo,    1300 MEADOW LANE,    Deerfield, IL 60015-2835
12938429      McCallum Envelope and Printing,    4700 9th Ave NW,    Seattle, WA 98107-4528
12951881     +Merchandise Mart,    222 Merchandise mart Plaza,    Chicago IL 60654-9998
12951882     +Metro Resoucrces Inv & Mgmt,    4049 Joseph Drive,    Suite B3,    Waukegan IL 60087
12938430     +Michael D. Fine,    131 South Dearborn Steet,    Floor 5,    Chicago, IL 60603-5571
12938431     +Mimi White,    1416 LEONARD PLACE,    Evanston, IL 60201-2658
12938432     +Murreen Gribble,    2815 Grant Street,    Evanston, IL 60201-2013
12938434     +Omega Cabinetry,    1205 PETERS DRIVE,    Waterloo, IA 50703-9691
12938435     +Porcher,    6615 West Boston Street,    Chandler, AZ 85226-3314
12938437     +Rhea Jacobson,    9020 KEYSTONE AVE,    Skokie, IL 60076-1724
12938438     +Robern,    444 Highland Drive,    Kohler, WI 53044-1515
12938439     +Sharri Joffe,    808 WASHINGTON STREET,    Evanston, IL 60202-2221
12938440     +Sonia,    10380 N.W 53RD STREET,    Fort Lauderdale, FL 33351-8036
12938441     +Stone Sytems of Chicago,    675 TOWER ROAD,    Mundelein, IL 60060-3819
12938442     +Susan Baird,    1154 PINE STREET,    Winnetka, IL 60093-2026
12938443     +ThG USA,    6601 LYONS ROAD,    Pompano Beach, FL 33073-3627
12938444     +Thorelli and Associates,    70 West Madison Street,    Chicago, IL 60602-4292
12938445     +Tile Concepts,    204 E CHICAGO AVE,    Westmont, IL 60559-1725
12938446     +Tile Gallery,    225 W ILLINOIS,    Chicago, IL 60654-8369
12938447     +Trimmy Stamel,    1138 JUDSON,    Evanston, IL 60202-1315
12938448     +United Parcel Service,    LOCK BOX 577,    Carol Stream, IL 60132-0577
12938449     +Veolia Environmental Services,    2800 SHERMER ROAD,    Northbrook, IL 60062-7711
12938450     +Watermark,    491 WORTMAN AVE,    Brooklyn, NY 11208-5427
12938451     +Worktank,    2317 24TH AVE E,    Seattle, WA 98112-2606
12938452     +Zuccetti Rubinetteria,    ONE WILLIAM STREET,    New York, NY 10004-2595

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12938405     +E-mail/Text: legalcollections@comed.com Dec 21 2012 00:58:21     ComEd/ComEdCo,
               2100 Swift Drive,    Attn: Ban kruptcy Section,    Revenue Management,    Oakbrook IL 60523-1559
12938417      E-mail/Text: cio.bncmail@irs.gov Dec 21 2012 00:50:02     Internal Revenue Service,   PO Box 7346,
               Philadelphia, PA 19101-7346
12938433     +E-mail/Text: bankrup@aglresources.com Dec 21 2012 00:55:16     Nicor Gas,   PO Box 8350,
               Aurora, IL 60507-8577
                                                                                               TOTAL: 3
```

```
District/off: 0752-1           User: esullivan            Page 2 of 3                   Date Rcvd: Dec 20, 2012
                               Form ID: pdf006            Total Noticed: 62

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
tr            Gus A Paloian
12938400      Chase Bank,   800 Brooksedge Blvd
12938401      Westerville, OH  43081
12951883*    +United Parcel Service,   Lock Box 577,   Carol Stream IL 60132-0577
12938391     ##+Afina Corporation,   195 RIVER ST.,   Paterson, NJ 07501-1003
12938408     ##+Debby Jannota,   1175 WHITEBRIDGE HILL ROAD,   Winnetka, IL 60093-1547
12938426     ##+Lindsey Carr,   1062 W Bryn Mawr Ave,   Apt 506,   Chicago IL 60660-4666
12938436     ##+Porta Faucets Corp.,   32333 FORRESTAL DRIVE,   Rancho Palos Ver, CA 90275-6155
                                                                               TOTALS: 3, * 1, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 22, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: esullivan              Page 3 of 3                  Date Rcvd: Dec 20, 2012
                              Form ID: pdf006             Total Noticed: 62
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2012 at the address(es) listed below:

```
          Christopher J Harney    on behalf of Trustee Gus A Paloian charney@seyfarth.com,
           ctholen@seyfarth.com;chidocket@seyfarth.com
          Gus A Paloian    gpaloian@seyfarth.com,  gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net
          James B. Sowka    on behalf of Trustee Gus A Paloian jsowka@seyfarth.com,
           chidocket@seyfarth.com;ctholen@seyfarth.com
          Jeff A Whitehead    on behalf of Debtor   James G. Landa Enterprises. LLC
           jeffwhitehead_2000@yahoo.com,  jeffwhiteheadlawnotices@gmail.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```