**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32504-ERW |
| | § | |
| JAMES G. LANDA ENTERPRISES, LLC | § | |
| | § | |
| | § | |
| Debtor | § | |

**AMENDED**
**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 11/26/2008. The undersigned trustee was appointed on 11/26/2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                              $22,505.38

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $20.93 |
   | Bank service fees | $28.64 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $22,455.81 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 01/21/2010 and the deadline for filing government claims was 01/21/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,000.54. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,000.54, for a total compensation of $3,000.54[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/04/2013            By:   /s/ Gus A. Paloian
                                  Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 11/26/2008 (f) |
| For the Period Ending: | 1/4/2013 | §341(a) Meeting Date: | 01/12/2009 |
| | | Claims Bar Date: | 01/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | INVENTORY | $25,000.00 | $0.00 | | $22,493.34 | FA |
| Asset Notes: | PURSUANT TO SALE OF OFFICE EQUIPMENT, FURNISHINGS AND FIXTURES, AND INVENTORY | | | | | |
| 2 | VOID (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | BANK ACCOUNTS | $500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Checking Account - Bank of America | | | | | |
| 4 | BANK ACCOUNTS | $0.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Checking Account - Chase Bank (acct. had negative balance at time of filing) | | | | | |
| 5 | ACCOUNTS RECEIVABLE | $11,108.58 | Unknown | | $0.00 | FA |
| 6 | CUSTOMER LISTS | $300.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Stored in company's accounting software. 4000 names. | | | | | |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND | $300.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Office Desk and Chair | | | | | |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND | $800.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Server | | | | | |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND | $500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Computer and Printer | | | | | |
| 10 | MACHINERY, FIXTURES, AND BUSINESS E | $4,500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Store Fixtures | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $12.04 | Unknown |

**TOTALS (Excluding unknown value)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Gross Value of Remaining Assets**

　　　　　　　　　　　　　　　　　　　　$43,008.58　　　　　　$0.00　　　　　　　　　　$22,505.38　　　　　　$0.00

**Major Activities affecting case closing:**
The sale of Debtors assets is complete. Case will be closed by April 30, 2012.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 2    Exhibit A

| | |  | | |
|---|---|---|---|---|
| **Case No.:** | 08-32504-ERW | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | JAMES G. LANDA ENTERPRISES, LLC | | **Date Filed (f) or Converted (c):** | 11/26/2008 (f) |
| **For the Period Ending:** | 1/4/2013 | | **§341(a) Meeting Date:** | 01/12/2009 |
| | | | **Claims Bar Date:** | 01/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 06/30/2010    **Current Projected Date Of Final Report (TFR):** 04/30/2012    /s/ GUS A. PALOIAN

GUS A. PALOIAN

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1 Exhibit B

| Case No. | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | | Checking Acct #: | ******4990 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Assoc Bank Checking Account |
| For Period Beginning: | 11/26/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $22,455.81 | | $22,455.81 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $22,440.81 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $22,455.81 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $22,455.81 | $0.00 |
| | | | TOTALS: | | $22,455.81 | $22,455.81 | $0.00 |
| | | | Less: Bank transfers/CDs | | $22,455.81 | $22,455.81 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of 11/26/2008 to 1/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $22,455.81 |

**For the entire history of the account between 01/18/2012 to 1/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $22,455.81 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | Money Market Acct #: | ******4251 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Money Market |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $10,806.02 | | $10,806.02 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.02 | | $10,806.04 |
| 07/20/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $7,109.98 | | $17,916.02 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.32 | | $17,916.34 |
| 08/19/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $4,273.88 | | $22,190.22 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.48 | | $22,190.70 |
| 09/18/2009 | (1) | CHICAGO LIQUIDATORS | SALE OF PERSONAL PROPERTY | 1129-000 | $303.46 | | $22,494.16 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.55 | | $22,494.71 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.56 | | $22,495.27 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.56 | | $22,495.83 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,496.40 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,496.97 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.52 | | $22,497.49 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.58 | | $22,498.07 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.55 | | $22,498.62 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,499.19 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.56 | | $22,499.75 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.56 | | $22,500.31 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.58 | | $22,500.89 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.55 | | $22,501.44 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,502.01 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.56 | | $22,502.57 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,503.14 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | $0.57 | | $22,503.71 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $20.93 | $22,482.78 |

**SUBTOTALS**    $22,503.71    $20.93

# FORM 2
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | | Money Market Acct #: | ******4251 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Money Market |
| For Period Beginning: | 11/26/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $22,482.95 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,483.14 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,483.32 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.20 | | $22,483.52 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,483.70 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,483.89 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,484.08 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,484.26 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,484.45 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $28.64 | $22,455.81 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,455.99 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $22,455.81 | $0.18 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.18) | | $0.00 |

| | | | | | SUBTOTALS | $1.67 | $22,484.45 |
|---|---|---|---|---|---|---|---|

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 08-32504-ERW | **Trustee Name:** | Gus A. Paloian |
|---|---|---|---|
| **Case Name:** | JAMES G. LANDA ENTERPRISES, LLC | **Bank Name:** | **B OF A /ASSOCIATED BANK |
| **Primary Taxpayer ID #:** | ******8941 | **Money Market Acct #:** | ******4251 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | BofA Money Market |
| **For Period Beginning:** | 11/26/2008 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/4/2013 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $22,505.38 | $22,505.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $22,455.81 | |
| | | | **Subtotal** | | $22,505.38 | $49.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $22,505.38 | $49.57 | |

**For the period of 11/26/2008 to 1/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $22,505.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,505.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.57 |
| Total Internal/Transfer Disbursements: | $22,455.81 |

**For the entire history of the account between 06/23/2009 to 1/4/2013**

| | |
|---|---|
| Total Compensable Receipts: | $22,505.38 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,505.38 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $49.57 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.57 |
| Total Internal/Transfer Disbursements: | $22,455.81 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | Checking Acct #: | ******4264 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

For the period of **11/26/2008** to **1/4/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **06/23/2009** to **1/4/2013**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 6    Exhibit B

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******8941 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/26/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | | Deposit $ | Disbursement $ | BALANCE |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $22,455.81 | | $22,455.81 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $69.12 | $22,386.69 |
| 09/10/2012 | | East West Bank | Reverse Bank Fee | 2600-000 | | ($69.12) | $22,455.81 |
| | | | **TOTALS:** | | $22,455.81 | $0.00 | $22,455.81 |
| | | | Less: Bank transfers/CDs | | $22,455.81 | $0.00 | |
| | | | **Subtotal** | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $0.00 | $0.00 | |

| For the period of 11/26/2008 to 1/4/2013 | | For the entire history of the account between 02/22/2012 to 1/4/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 | Total Internal/Transfer Receipts: | $22,455.81 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******8941 | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/4/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $22,505.38 | $49.57 | $22,455.81 |

| **For the period of 11/26/2008 to 1/4/2013** | | **For the entire history of the case between 11/26/2008 to 1/4/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $22,505.38 | Total Compensable Receipts: | $22,505.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,505.38 | Total Comp/Non Comp Receipts: | $22,505.38 |
| Total Internal/Transfer Receipts: | $44,911.62 | Total Internal/Transfer Receipts: | $44,911.62 |
| | | | |
| Total Compensable Disbursements: | $49.57 | Total Compensable Disbursements: | $49.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.57 | Total Comp/Non Comp Disbursements: | $49.57 |
| Total Internal/Transfer Disbursements: | $44,911.62 | Total Internal/Transfer Disbursements: | $44,911.62 |

| Case No.: | 08-32504-ERW | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | | | | | | Date: | 1/4/2013 |
| Claims Bar Date: | 01/21/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN<br><br>131 S. Dearborn Street<br>Suite 2400<br>Chicago IL 60603 | 03/30/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $3,000.54 | $3,000.54 | $0.00 | $0.00 | $0.00 | $3,000.54 |
| | SEYFARTH SHAW LLP | 10/25/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $490.41 | $490.41 | $0.00 | $0.00 | $0.00 | $490.41 |
| **Claim Notes:** | SEYFARTH EXPENSES FOR FIRST AND FINAL FEE APPLICATION | | | | | | | | | | | |
| | SEYFARTH SHAW LLP | 10/25/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $7,712.00 | $7,712.00 | $0.00 | $0.00 | $0.00 | $7,712.00 |
| **Claim Notes:** | FIRST AND FINAL FEE APPLICATION | | | | | | | | | | | |
| 15 | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 03/04/2010 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $71.92 | $71.92 | $0.00 | $0.00 | $0.00 | $71.92 |
| **Claim Notes:** | (15-1) Unemployment tax | | | | | | | | | | | |
| 16 | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 606640338 | 05/02/2011 | priority 507(a)(8) other | Allowed | 5800-000 | $0.00 | $4,764.65 | $4,764.65 | $0.00 | $0.00 | $0.00 | $4,764.65 |
| 10 | JUDY ROBBINS<br>931 HUCKLEBERRY LANE,<br>Glenview IL 60025 | 12/10/2009 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $441.59 | $441.59 | $0.00 | $0.00 | $0.00 | $441.59 |
| 13 | DENISE STERN | 10/25/2012 | Deposits - 507(a)(6) | Allowed | 5600-000 | $0.00 | $2,425.00 | $2,425.00 | $0.00 | $0.00 | $0.00 | $2,425.00 |
| 14 | INTERNAL REVENUE SERVICE<br><br>PO Box 7346<br>Philadelphia PA 191017346 | 01/28/2010 | Claims of Governmental Units - 507(8) | Allowed | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Case No.: | 08-32504-ERW | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | | | | | | Date: | 1/4/2013 |
| Claims Bar Date: | 01/21/2010 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15a | ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY<br>33 South State Street<br>Chicago IL 60603 | 03/04/2010 | Claims of Governmental Units - 507(8) | Allowed | 5800-000 | $0.00 | $52.45 | $52.45 | $0.00 | $0.00 | $0.00 | $52.45 |

**Claim Notes:** (15-1) Unemployment tax

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16a | ILLINOIS DEPARTMENT OF REVENUE BANKRUPTCY SECTION<br>P.O. Box 64338<br>Chicago IL 606640338 | 05/02/2011 | Claims of Governmental Units - 507(8) | Allowed | 5800-000 | $0.00 | $1,551.78 | $1,551.78 | $0.00 | $0.00 | $0.00 | $1,551.78 |
| 1 | COMED/COMEDCO<br>2100 Swift Drive<br>Attn: Ban kruptcy Section<br>Revenue Management<br>Oakbrook IL 60523 | 12/16/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,221.80 | $1,221.80 | $0.00 | $0.00 | $0.00 | $1,221.80 |
| 2 | BANK OF AMERICA<br>NC1-001-13-01<br>Attn: Alexis Lewis<br>101 N Tryon St<br>Charlotte NC 282550001 | 12/31/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $131,391.20 | $131,391.20 | $0.00 | $0.00 | $0.00 | $131,391.20 |

**Claim Notes:** Claim reclassifed as unsecured pursuant to Agreed Order filed with the Court on 6/19/12.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | CENTURY BATHWORKS INC<br>250 Lackawanna Avenue<br>West Paterson NJ 07424 | 02/06/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,898.13 | $4,898.13 | $0.00 | $0.00 | $0.00 | $4,898.13 |
| 5 | JASON INTERNATIONAL<br>8328 MacARTHUR DR.<br>North Little Roc AR 72118 | 10/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,864.43 | $4,864.43 | $0.00 | $0.00 | $0.00 | $4,864.43 |
| 6 | MCCALLUM ENVELOPE AND PRINTING<br>4700 9th Ave NW<br>Seattle WA 981074528 | 11/02/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $186.91 | $186.91 | $0.00 | $0.00 | $0.00 | $186.91 |

| Case No.: | 08-32504-ERW | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | | Date: | 1/4/2013 |
| Claims Bar Date: | 01/21/2010 | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | BAINS ULTRA BATHS INC.<br>956 CHEMIN OLIVIER<br>Saint-Nicolas, Quebec G7A 2N1 | 12/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,143.41 | $5,143.41 | $0.00 | $0.00 | $0.00 | $5,143.41 |
| 8 | BNC FINANCIAL<br>108 N 4th St<br>Bismarck ND 585014001 | 12/08/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $165.00 | $165.00 | $0.00 | $0.00 | $0.00 | $165.00 |
| 9 | CENTURY BATHWORKS INC<br>250 Lackawanna Avenue<br>West Paterson NJ 07424 | 12/08/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,898.13 | $4,898.13 | $0.00 | $0.00 | $0.00 | $4,898.13 |
| 11 | MIMI WHITE<br>1416 LEONARD PLACE<br>Evanston IL 60202 | 12/18/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,445.40 | $1,445.40 | $0.00 | $0.00 | $0.00 | $1,445.40 |
| 12 | ROBERN<br>444 Highland Drive<br>Kohler WI 53044 | 12/21/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,637.37 | $4,637.37 | $0.00 | $0.00 | $0.00 | $4,637.37 |
| 13a | DENISE STERN<br>1301 N. DEARBORN<br>Chicago IL 60610 | 01/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,263.11 | $11,263.11 | $0.00 | $0.00 | $0.00 | $11,263.11 |
| 4 | BANK OF AMERICA<br>NC1-001-13-01<br>Attn: Alexis Lewis<br>101 N Tryon St<br>Charlotte NC 282550001 | 02/18/2009 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $131,391.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Claim Notes: Claim withdrawn pursuant to Agreed Order filed with the Court on 6/19/12. | | | | | | | | | | | |
| BOND | INTERNATIONAL SECURITIES, LTD | 02/25/2011 | Bond Payments | Allowed | 2300-000 | $0.00 | $20.93 | $20.93 | $20.93 | $0.00 | $0.00 | $0.00 |
| | | | | | | $322,037.36 | $190,646.16 | $20.93 | $0.00 | $0.00 | $190,625.23 |

# CLAIM ANALYSIS REPORT

| **Case No.** | 08-32504-ERW | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | JAMES G. LANDA ENTERPRISES, LLC | **Date:** | 1/4/2013 |
| **Claims Bar Date:** | 01/21/2010 | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
| --- | ---: | ---: | ---: | ---: | ---: | ---: |
| Attorney for Trustee Expenses (Trustee Firm) | $490.41 | $490.41 | $0.00 | $0.00 | $0.00 | $490.41 |
| Attorney for Trustee Fees (Trustee Firm) | $7,712.00 | $7,712.00 | $0.00 | $0.00 | $0.00 | $7,712.00 |
| Bond Payments | $20.93 | $20.93 | $20.93 | $0.00 | $0.00 | $0.00 |
| Claims of Governmental Units - 507(8) | $1,604.23 | $1,604.23 | $0.00 | $0.00 | $0.00 | $1,604.23 |
| Deposits - 507(a)(6) | $2,866.59 | $2,866.59 | $0.00 | $0.00 | $0.00 | $2,866.59 |
| General Unsecured 726(a)(2) | $170,114.89 | $170,114.89 | $0.00 | $0.00 | $0.00 | $170,114.89 |
| priority 507(a)(8) other | $4,836.57 | $4,836.57 | $0.00 | $0.00 | $0.00 | $4,836.57 |
| SECURED CLAIMS | $131,391.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $3,000.54 | $3,000.54 | $0.00 | $0.00 | $0.00 | $3,000.54 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:      08-32504-ERW
Case Name:     JAMES G. LANDA ENTERPRISES, LLC
Trustee Name:  Gus A. Paloian

Balance on hand:    $22,455.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 4 | Bank of America | $131,391.20 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:    $0.00
Remaining balance:    $22,455.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Gus A. Paloian, Trustee Fees | $3,000.54 | $0.00 | $3,000.54 |
| SEYFARTH SHAW LLP, Attorney for Trustee Fees | $7,712.00 | $0.00 | $7,712.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee Expenses | $490.41 | $0.00 | $490.41 |

Total to be paid for chapter 7 administrative expenses:    $11,202.95
Remaining balance:    $11,252.86

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:    $0.00
Remaining balance:    $11,252.86

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $9,307.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Judy Robbins | $441.59 | $0.00 | $441.59 |
| 13 | Denise Stern | $2,425.00 | $0.00 | $2,425.00 |
| 15 | Illinois Department of Employment Security | $71.92 | $0.00 | $71.92 |
| 15a | Illinois Department of Employment Security | $52.45 | $0.00 | $52.45 |
| 16 | Illinois Department of Revenue Bankruptcy Section | $4,764.65 | $0.00 | $4,764.65 |
| 16a | Illinois Department of Revenue Bankruptcy Section | $1,551.78 | $0.00 | $1,551.78 |

Total to be paid to priority claims: $9,307.39
Remaining balance: $1,945.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $170,114.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | ComEd/ComEdCo | $1,221.80 | $0.00 | $13.96 |
| 2 | Bank of America | $131,391.20 | $0.00 | $1,502.62 |
| 3 | Century Bathworks Inc | $4,898.13 | $0.00 | $56.02 |
| 5 | Jason International | $4,864.43 | $0.00 | $55.63 |
| 6 | McCallum Envelope and Printing | $186.91 | $0.00 | $2.14 |
| 7 | Bains Ultra Baths Inc. | $5,143.41 | $0.00 | $58.82 |
| 8 | BNC Financial | $165.00 | $0.00 | $1.89 |
| 9 | Century Bathworks Inc | $4,898.13 | $0.00 | $56.02 |
| 11 | Mimi White | $1,445.40 | $0.00 | $16.53 |
| 12 | Robern | $4,637.37 | $0.00 | $53.03 |
| 13a | Denise Stern | $11,263.11 | $0.00 | $128.81 |

| | |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,945.47 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |