**FILED**

**JAN 22 2013**

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
)
)   Case No. 08 B 32504
JAMES G. LANDA ENTERPRISES, LLC )
)
)
)   Chapter 7
)
Debtor. )
)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO SEYFARTH SHAW LLP, ATTORNEYS FOR THE TRUSTEE, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $7,712.00 | TOTAL COSTS REQUESTED: | $490.41 |
| TOTAL FEES REDUCED: | $0.00 | TOTAL COSTS REDUCED: | $250.56 |
| TOTAL FEES ALLOWED: | $7,712.00 | TOTAL COSTS ALLOWED: | $239.85 |

**TOTAL FEES AND COSTS ALLOWED: $7,951.85**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(11)   Overhead Costs are Non-Compensable**

The Court denies reimbursement for fees or expenses that are overhead costs. Expenses which are overhead are not compensable because they are built into the hourly rate. See *In re Wildman*, 72 B.R. 700, 731 (Bankr. N.D. Ill. 1987). Overhead, for bankruptcy purposes, includes "all continuous administrative or general costs or expenses incident to the operation of the firm which cannot be attributed to a particular client or cost." *In re Convent Guardian Corp.*, 103 B.R. 937, 939-40 (Bankr. N.D. Ill. 1989) (quoting *In re Thacker*, 48 B.R. 161, 164 (Bankr. N.D. Ill. 1985)).

Dated: January 22, 2013

Eugene R. Wedoff
United States Bankruptcy Judge

## DISBURSEMENTS

| Date | Description | Value |
|---|---|---|
| 08/27/09 | Online Research-Westlaw 7/09 | 250.56 |
| 04/29/10 | Online Research - PACER SERVICE CENTER 4/7/10 | 0.40 |
| 03/06/12 | Long Distance Telephone | 0.95 |
| 07/12/12 | Copying @ .10 cents per page - Agreed Motions for Service | 238.50 |
| TOTAL | | $490.41 |

Total Disbursements $490.41

Total Fees And Disbursements This Statement $8,202.41