**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 08-32504-ERW |
| | § | |
| JAMES G. LANDA ENTERPRISES, | § | |
| LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | | |
|---|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $18,008.58 | | Assets Exempt: | NA |
| Total Distributions to Claimants: | $11,503.42 | | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $11,001.96 | | | |

3)        Total gross receipts of $22,505.38  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $22,505.38 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $134,000.00 | $131,391.20 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $11,252.52 | $11,001.96 | $11,001.96 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $98,540.04 | $9,307.39 | $9,307.39 | $9,307.39 |
| General Unsecured Claims (from **Exhibit 7**) | $220,816.87 | $170,114.89 | $170,114.89 | $2,196.03 |
| **Total Disbursements** | $453,356.91 | $322,066.00 | $190,424.24 | $22,505.38 |

4). This case was originally filed under chapter 7 on 11/26/2008. The case was pending for 58 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2013          By:   /s/ Gus A. Paloian
                                        Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| INVENTORY | 1129-000 | $22,493.34 |
| Interest Asset | 1270-000 | $12.04 |
| **TOTAL GROSS RECEIPTS** | | $22,505.38 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Bank of America | 4110-000 | NA | $131,391.20 | $0.00 | $0.00 |
| | LaSalle Bank National Association | 4210-000 | $134,000.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $134,000.00 | $131,391.20 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gus A. Paloian, Trustee | 2100-000 | NA | $3,000.54 | $3,000.54 | $3,000.54 |
| INTERNATIONAL SECURITIES, LTD | 2300-000 | NA | $20.93 | $20.93 | $20.93 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | $28.64 | $28.64 | $28.64 |
| East West Bank | 2600-000 | NA | $0.00 | $0.00 | $0.00 |
| ASSOCIATED BANK | 2990-000 | NA | $0.00 | $0.00 | $0.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3110-000 | NA | $7,712.00 | $7,712.00 | $7,712.00 |
| SEYFARTH SHAW LLP, Attorney for Trustee | 3120-000 | NA | $490.41 | $239.85 | $239.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,252.52 | $11,001.96 | $11,001.96 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10 | Judy Robbins | 5600-000 | $441.59 | $441.59 | $441.59 | $441.59 |
| 13 | Denise Stern | 5600-000 | $10,098.45 | $2,425.00 | $2,425.00 | $2,425.00 |
| 14 | Internal Revenue Service | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | Illinois Department of Employment Security | 5800-000 | $22,000.00 | $71.92 | $71.92 | $71.92 |
| 15a | Illinois Department of Employment Security | 5800-000 | $22,000.00 | $52.45 | $52.45 | $52.45 |
| 16 | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $22,000.00 | $4,764.65 | $4,764.65 | $4,764.65 |
| 16a | Illinois Department of Revenue Bankruptcy Section | 5800-000 | $22,000.00 | $1,551.78 | $1,551.78 | $1,551.78 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $98,540.04 | $9,307.39 | $9,307.39 | $9,307.39 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | ComEd/ComEdCo | 7100-000 | $0.00 | $1,221.80 | $1,221.80 | $15.77 |
| 2 | Bank of America | 7100-000 | $18,000.00 | $131,391.20 | $131,391.20 | $0.00 |
|  | Office of the Clerk (Claim No. 2; Bank of America) | 7100-001 | $0.00 | $0.00 | $0.00 | $1,696.14 |
| 3 | Century Bathworks Inc | 7100-000 | $4,898.13 | $4,898.13 | $4,898.13 | $63.23 |
| 5 | Jason International | 7100-000 | $4,500.00 | $4,864.43 | $4,864.43 | $62.80 |
| 6 | McCallum Envelope and Printing | 7100-000 | $281.91 | $186.91 | $186.91 | $2.41 |
| 7 | Bains Ultra Baths Inc. | 7100-000 | $5,060.28 | $5,143.41 | $5,143.41 | $66.40 |
| 8 | BNC Financial | 7100-000 | $2,200.00 | $165.00 | $165.00 | $2.13 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Century Bathworks Inc | 7100-000 | $4,898.13 | $4,898.13 | $4,898.13 | $63.23 |
| 11 | Mimi White | 7100-000 | $2,461.03 | $1,445.40 | $1,445.40 | $18.66 |
| 12 | Robern | 7100-000 | $6,500.00 | $4,637.37 | $4,637.37 | $59.86 |
| 13a | Denise Stern | 7100-000 | $10,098.45 | $11,263.11 | $11,263.11 | $145.40 |
| | 15000 | 7100-000 | $0.00 | NA | NA | $0.00 |
| | 8000.00 | 7100-000 | $0.00 | NA | NA | $0.00 |
| | AD Notam | 7100-000 | $850.00 | NA | NA | $0.00 |
| | Afina Corp | 7100-000 | $213.75 | NA | NA | $0.00 |
| | American Faucets and Coatings | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| | Aquabrass | 7100-000 | $2,787.99 | NA | NA | $0.00 |
| | Arlene Posner | 7100-000 | $1,360.63 | NA | NA | $0.00 |
| | Chase Bank | 7100-000 | $9,500.00 | NA | NA | $0.00 |
| | City of Evanston Water Dept | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Clearwater America | 7100-000 | $106.92 | NA | NA | $0.00 |
| | Colonial Bronze | 7100-000 | $254.72 | NA | NA | $0.00 |
| | Coyote Glass Design | 7100-000 | $50.00 | NA | NA | $0.00 |
| | Dan Miner | 7100-000 | $5,000.00 | NA | NA | $0.00 |
| | Debbie Janotta | 7100-000 | $521.25 | NA | NA | $0.00 |
| | DeFrees & Fiske | 7100-000 | $13,000.00 | NA | NA | $0.00 |
| | Federal Express | 7100-000 | $75.00 | NA | NA | $0.00 |
| | Furniture Guild | 7100-000 | $1,900.00 | NA | NA | $0.00 |
| | Georgia Gebhardt | 7100-000 | $4,468.77 | NA | NA | $0.00 |
| | German Silver Sink Co | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| | Joyce Niederman | 7100-000 | $568.98 | NA | NA | $0.00 |
| | Justyna | 7100-000 | $300.00 | NA | NA | $0.00 |
| | Kathering Porter | 7100-000 | $114.00 | NA | NA | $0.00 |
| | KWC | 7100-000 | $2,300.00 | NA | NA | $0.00 |
| | Linda Janush | 7100-000 | $2,779.25 | NA | NA | $0.00 |
| | Lindsey Carr | 7100-000 | $1,800.00 | NA | NA | $0.00 |
| | Liz Spevok | 7100-000 | $8,655.00 | NA | NA | $0.00 |
| | Mark Herzog | 7100-000 | $6,900.00 | NA | NA | $0.00 |
| | Mary Dumo | 7100-000 | $569.80 | NA | NA | $0.00 |
| | Merchandise Mart | 7100-000 | $8,000.00 | NA | NA | $0.00 |
| | Metro Resources Inv & Mgmt | 7100-000 | $60,000.00 | NA | NA | $0.00 |
| | Murreen Gribble | 7100-000 | $194.07 | NA | NA | $0.00 |
| | Nicor Gas | 7100-000 | $0.00 | NA | NA | $0.00 |
| | Omega Cabinetry | 7100-000 | $2,423.74 | NA | NA | $0.00 |
| | Porcher | 7100-000 | $352.31 | NA | NA | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Porta Faucets Corp. | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| Rhea Jacobson | 7100-000 | $2,510.29 | NA | NA | $0.00 |
| Sharri Joffe | 7100-000 | $144.78 | NA | NA | $0.00 |
| Stone Sytems of chicago | 7100-000 | $2,177.55 | NA | NA | $0.00 |
| Susan Baird | 7100-000 | $312.80 | NA | NA | $0.00 |
| ThG USA | 7100-000 | $1,100.00 | NA | NA | $0.00 |
| Thorelli and Associates | 7100-000 | $1,500.00 | NA | NA | $0.00 |
| Tile Concepts | 7100-000 | $2,500.00 | NA | NA | $0.00 |
| Tile Gallery | 7100-000 | $900.00 | NA | NA | $0.00 |
| Trimmy Stamel | 7100-000 | $4,268.34 | NA | NA | $0.00 |
| United Parcel Service | 7100-000 | $850.00 | NA | NA | $0.00 |
| Veolia Environmental Services | 7100-000 | $78.00 | NA | NA | $0.00 |
| Watermark | 7100-000 | $1,600.00 | NA | NA | $0.00 |
| Worktank | 7100-000 | $1,800.00 | NA | NA | $0.00 |
| Zuccetti Rubinetteria | 7100-000 | $631.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $220,816.87 | $170,114.89 | $170,114.89 | $2,196.03 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Date Filed (f) or Converted (c): | 11/26/2008 (f) |
| For the Period Ending: | 9/9/2013 | | §341(a) Meeting Date: | 01/12/2009 |
| | | | Claims Bar Date: | 01/21/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | INVENTORY | $25,000.00 | $0.00 | | $22,493.34 | FA |
| Asset Notes: | PURSUANT TO SALE OF OFFICE EQUIPMENT, FURNISHINGS AND FIXTURES, AND INVENTORY | | | | | |
| 2 | VOID                                    (u) | Unknown | $0.00 | | $0.00 | FA |
| 3 | BANK ACCOUNTS | $500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Checking Account - Bank of America | | | | | |
| 4 | BANK ACCOUNTS | $0.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Checking Account - Chase Bank  (acct. had negative balance at time of filing) | | | | | |
| 5 | ACCOUNTS RECEIVABLE | $11,108.58 | Unknown | | $0.00 | FA |
| 6 | CUSTOMER LISTS | $300.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Stored in company's accounting software.  4000 names. | | | | | |
| 7 | OFFICE EQUIPMENT, FURNISHINGS, AND | $300.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Office Desk and Chair | | | | | |
| 8 | OFFICE EQUIPMENT, FURNISHINGS, AND | $800.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Server | | | | | |
| 9 | OFFICE EQUIPMENT, FURNISHINGS, AND | $500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Computer and Printer | | | | | |
| 10 | MACHINERY, FIXTURES, AND BUSINESS E | $4,500.00 | Unknown | | $0.00 | FA |
| Asset Notes: | Store Fixtures | | | | | |
| 9999 | VOID | $0.00 | $0.00 | | $0.00 | $0.00 |
| INT | Interest Asset | Unknown | Unknown | | $12.04 | Unknown |

| TOTALS (Excluding unknown value) | | | | | Gross Value of Remaining Assets | |
|---|---|---|---|---|---|---|
| | $43,008.58 | $0.00 | | $22,505.38 | $0.00 | |

**Major Activities affecting case closing:**

The Trustee filed a Report of Unclaimed Funds on June 26, 2013.  On July 9, 2013, the Trustee received a zero bank balance statement.  The Trustee will submit the Final Account to the U.S. Trustee's Office for review on or before August 15, 2013.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   2        Exhibit 8

| Case No.: | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Date Filed (f) or Converted (c): | 11/26/2008 (f) |
| For the Period Ending: | 9/9/2013 | §341(a) Meeting Date: | 01/12/2009 |
| | | Claims Bar Date: | 01/21/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Initial Projected Date Of Final Report (TFR): | 06/30/2010 | Current Projected Date Of Final Report (TFR): | 04/30/2012 | /s/ GUS A. PALOIAN |
|---|---|---|---|---|
| | | | | GUS A. PALOIAN |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | Checking Acct #: | ******4990 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Assoc Bank Checking Account |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | | WIRE TRANSFER FROM BOFA | Transfer of Estate Funds from BofA | 9999-000 | $22,455.81 | | $22,455.81 |
| 11/30/2011 | | ASSOCIATED BANK | Wire in fee | 2990-000 | | $15.00 | $22,440.81 |
| 12/02/2011 | | ASSOCIATED BANK | Reverse - wire in fee | 2990-000 | | ($15.00) | $22,455.81 |
| 02/22/2012 | | East West Bank | Transfer Funds | 9999-000 | | $22,455.81 | $0.00 |

|  |  |  |  |
|---|---|---|---|
| **TOTALS:** | $22,455.81 | $22,455.81 | $0.00 |
| **Less: Bank transfers/CDs** | $22,455.81 | $22,455.81 | |
| **Subtotal** | $0.00 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $0.00 | $0.00 | |

**For the period of 11/26/2008 to 9/9/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $22,455.81 |

**For the entire history of the account between 01/18/2012 to 9/9/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $22,455.81 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | | Money Market Acct #: | ******4251 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | BofA Money Market |
| For Period Beginning: | 11/26/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/23/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $10,806.02 | | $10,806.02 |
| 06/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.02 | | $10,806.04 |
| 07/20/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $7,109.98 | | $17,916.02 |
| 07/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.32 | | $17,916.34 |
| 08/19/2009 | (1) | CHICAGO LIQUIDATORS SERVICES, INC. | SALE OF PERSONAL PROPERTY | 1129-000 | $4,273.88 | | $22,190.22 |
| 08/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.48 | | $22,190.70 |
| 09/18/2009 | (1) | CHICAGO LIQUIDATORS | SALE OF PERSONAL PROPERTY | 1129-000 | $303.46 | | $22,494.16 |
| 09/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.55 | | $22,494.71 |
| 10/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.56 | | $22,495.27 |
| 11/30/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.56 | | $22,495.83 |
| 12/31/2009 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,496.40 |
| 01/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,496.97 |
| 02/26/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.52 | | $22,497.49 |
| 03/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.58 | | $22,498.07 |
| 04/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.55 | | $22,498.62 |
| 05/28/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,499.19 |
| 06/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.56 | | $22,499.75 |
| 07/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.56 | | $22,500.31 |
| 08/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.58 | | $22,500.89 |
| 09/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.55 | | $22,501.44 |
| 10/29/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,502.01 |
| 11/30/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.56 | | $22,502.57 |
| 12/31/2010 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,503.14 |
| 01/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | $0.57 | | $22,503.71 |
| 02/25/2011 | 201 | INTERNATIONAL SECURITIES, LTD | TRUSTEE BOND | 2300-000 | | $20.93 | $22,482.78 |
| | | | | **SUBTOTALS** | $22,503.71 | $20.93 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 08-32504-ERW | |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | |
| Primary Taxpayer ID #: | ******8941 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/26/2008 | |
| For Period Ending: | 9/9/2013 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | **B OF A /ASSOCIATED BANK |
| Money Market Acct #: | ******4251 |
| Account Title: | BofA Money Market |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/28/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.17 | | $22,482.95 |
| 03/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,483.14 |
| 04/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,483.32 |
| 05/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.20 | | $22,483.52 |
| 06/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,483.70 |
| 07/29/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,483.89 |
| 08/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,484.08 |
| 09/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,484.26 |
| 10/31/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.19 | | $22,484.45 |
| 10/31/2011 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | $28.64 | $22,455.81 |
| 11/30/2011 | (INT) | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | $0.18 | | $22,455.99 |
| 11/30/2011 | | WIRE TRANSFER TO ASSOCIATED BANK | Transfer funds to Associated Bank | 9999-000 | | $22,455.81 | $0.18 |
| 02/22/2012 | | DEP REVERSE: BANK OF AMERICA, N.A. | | 1270-000 | ($0.18) | | $0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | **SUBTOTALS** | $1.67 | $22,484.45 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | Money Market Acct #: | ******4251 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Money Market |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $22,505.38 | $22,505.38 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $22,455.81 | |
| | | | **Subtotal** | | $22,505.38 | $49.57 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $22,505.38 | $49.57 | |

| For the period of 11/26/2008 to 9/9/2013 | | For the entire history of the account between 06/23/2009 to 9/9/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $22,505.38 | Total Compensable Receipts: | $22,505.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,505.38 | Total Comp/Non Comp Receipts: | $22,505.38 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $49.57 | Total Compensable Disbursements: | $49.57 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $49.57 | Total Comp/Non Comp Disbursements: | $49.57 |
| Total Internal/Transfer Disbursements: | $22,455.81 | Total Internal/Transfer Disbursements: | $22,455.81 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 08-32504-ERW | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | Bank Name: | **B OF A /ASSOCIATED BANK |
| Primary Taxpayer ID #: | ******8941 | Checking Acct #: | ******4264 |
| Co-Debtor Taxpayer ID #: | | Account Title: | BofA Checking Account |
| For Period Beginning: | 11/26/2008 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $0.00 | |

**For the period of  11/26/2008 to 9/9/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between  06/23/2009 to 9/9/2013**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $0.00 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 08-32504-ERW | | | Trustee Name: | | Gus A. Paloian |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | | Bank Name: | | East West Bank |
| Primary Taxpayer ID #: | ******8941 | | | Checking Acct #: | | ******0036 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | DDA |
| For Period Beginning: | 11/26/2008 | | | Blanket bond (per case limit): | | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/22/2012 | | **B OF A /ASSOCIATED BANK | Transfer Funds | 9999-000 | $22,455.81 | | $22,455.81 |
| 08/17/2012 | | East West Bank | Bank Service Fee | 2600-000 | | $69.12 | $22,386.69 |
| 09/10/2012 | | East West Bank | Reverse Bank Fee | 2600-000 | | ($69.12) | $22,455.81 |
| 01/24/2013 | 5001 | Gus A. Paloian | Trustee Compensation | 2100-000 | | $3,000.54 | $19,455.27 |
| 01/24/2013 | 5002 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3110-000 | | $7,712.00 | $11,743.27 |
| 01/24/2013 | 5003 | SEYFARTH SHAW LLP | Claim #: ; Distribution Dividend: 100.00; | 3120-000 | | $239.85 | $11,503.42 |
| 01/24/2013 | 5004 | Judy Robbins | Claim #: 10; Distribution Dividend: 100.00; | 5600-000 | | $441.59 | $11,061.83 |
| 01/24/2013 | 5005 | Denise Stern | Claim #: 13; Distribution Dividend: 100.00; | 5600-000 | | $2,425.00 | $8,636.83 |
| 01/24/2013 | 5006 | Illinois Department of Employment Security | Claim #: 15; Distribution Dividend: 100.00; | 5800-000 | | $52.45 | $8,584.38 |
| 01/24/2013 | 5007 | Illinois Department of Revenue Bankruptcy Section | Claim #: 16; Distribution Dividend: 100.00; | 5800-000 | | $1,551.78 | $7,032.60 |
| 01/24/2013 | 5008 | Illinois Department of Employment Security | Claim #: 15; Distribution Dividend: 100.00; | 5800-000 | | $71.92 | $6,960.68 |
| 01/24/2013 | 5009 | Illinois Department of Revenue Bankruptcy Section | Claim #: 16; Distribution Dividend: 100.00; | 5800-000 | | $4,764.65 | $2,196.03 |
| 01/24/2013 | 5010 | ComEd/ComEdCo | Claim #: 1; Distribution Dividend: 1.29; | 7100-000 | | $15.77 | $2,180.26 |
| 01/24/2013 | 5011 | Bank of America | Claim #: 2; Distribution Dividend: 1.29; | 7100-000 | | $1,696.14 | $484.12 |
| 01/24/2013 | 5012 | Century Bathworks Inc | Claim #: 3; Distribution Dividend: 1.29; | 7100-000 | | $63.23 | $420.89 |
| 01/24/2013 | 5013 | Jason International | Claim #: 5; Distribution Dividend: 1.29; | 7100-000 | | $62.80 | $358.09 |
| 01/24/2013 | 5014 | Clerk, US Bankruptcy Court | Small Dividends | * | | $4.54 | $353.55 |
| | | | Claim Amount $(2.41) | 7100-000 | | | $353.55 |
| | | | Claim Amount $(2.13) | 7100-000 | | | $353.55 |
| 01/24/2013 | 5015 | Bains Ultra Baths Inc. | Claim #: 7; Distribution Dividend: 1.29; | 7100-000 | | $66.40 | $287.15 |
| 01/24/2013 | 5016 | Century Bathworks Inc | Claim #: 9; Distribution Dividend: 1.29; | 7100-000 | | $63.23 | $223.92 |
| 01/24/2013 | 5017 | Mimi White | Claim #: 11; Distribution Dividend: 1.29; | 7100-000 | | $18.66 | $205.26 |
| 01/24/2013 | 5017 | VOID: Mimi White | | 7100-003 | | ($18.66) | $223.92 |
| 01/24/2013 | 5018 | Robern | Claim #: 12; Distribution Dividend: 1.29; | 7100-000 | | $59.86 | $164.06 |
| 01/24/2013 | 5018 | VOID: Robern | | 7100-003 | | ($59.86) | $223.92 |
| 01/24/2013 | 5019 | Denise Stern | Claim #: 13; Distribution Dividend: 1.29; | 7100-000 | | $145.40 | $78.52 |
| | | | **SUBTOTALS** | | $22,455.81 | $22,377.29 | |

FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-32504-ERW | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | ******8941 | | Checking Acct #: | ******0036 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 11/26/2008 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/9/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/24/2013 | 5019 | VOID: Denise Stern | | 7100-003 | | ($145.40) | $223.92 |
| 01/24/2013 | 5020 | Mimi White | Claim #: 11; Distribution Dividend: 1.29; | 7100-000 | | $18.66 | $205.26 |
| 01/24/2013 | 5021 | Robern | Claim #: 12; Distribution Dividend: 1.29; | 7100-000 | | $59.86 | $145.40 |
| 01/24/2013 | 5022 | Denise Stern | Claim #: 13; Distribution Dividend: 1.29; | 7100-000 | | $145.40 | $0.00 |
| 06/25/2013 | 5011 | STOP PAYMENT: Bank of America | Stop Payment for Check# 5011 | 7100-004 | | ($1,696.14) | $1,696.14 |
| 06/25/2013 | 5023 | Office of the Clerk | Unclaimed Funds | 7100-001 | | $1,696.14 | $0.00 |

|  |  | TOTALS: | | | $22,455.81 | $22,455.81 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  | Less: Bank transfers/CDs | | | $22,455.81 | $0.00 | |
|  |  | Subtotal | | | $0.00 | $22,455.81 | |
|  |  | Less: Payments to debtors | | | $0.00 | $0.00 | |
|  |  | Net | | | $0.00 | $22,455.81 | |

| For the period of 11/26/2008 to 9/9/2013 | | For the entire history of the account between 02/22/2012 to 9/9/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 | Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $22,455.81 | Total Internal/Transfer Receipts: | $22,455.81 |
| | | | |
| Total Compensable Disbursements: | $22,455.81 | Total Compensable Disbursements: | $22,455.81 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,455.81 | Total Comp/Non Comp Disbursements: | $22,455.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 08-32504-ERW | |
| Case Name: | JAMES G. LANDA ENTERPRISES, LLC | |
| Primary Taxpayer ID #: | ******8941 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/26/2008 | |
| For Period Ending: | 9/9/2013 | |

| | |
|---|---|
| Trustee Name: | Gus A. Paloian |
| Bank Name: | East West Bank |
| Checking Acct #: | ******0036 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $22,505.38 | $22,505.38 | $0.00 |

| **For the period of 11/26/2008 to 9/9/2013** | | **For the entire history of the case between 11/26/2008 to 9/9/2013** | |
|---|---|---|---|
| Total Compensable Receipts: | $22,505.38 | Total Compensable Receipts: | $22,505.38 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $22,505.38 | Total Comp/Non Comp Receipts: | $22,505.38 |
| Total Internal/Transfer Receipts: | $44,911.62 | Total Internal/Transfer Receipts: | $44,911.62 |
| | | | |
| Total Compensable Disbursements: | $22,505.38 | Total Compensable Disbursements: | $22,505.38 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $22,505.38 | Total Comp/Non Comp Disbursements: | $22,505.38 |
| Total Internal/Transfer Disbursements: | $44,911.62 | Total Internal/Transfer Disbursements: | $44,911.62 |